FILED

JAN 2 7 2026

U.S. DISTRICT COURT
ELKINS WV 26241

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No.**    <u>1:26-CR- 6</u> |
| **JEREMY ROBERT SMITH,** | **Violations:**    **18 U.S.C. § 2252A(a)(5)(B)** |
| **Defendant.** | **18 U.S.C. § 2252A(b)(2)** |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Possession of Child Pornography)

On or about May 6, 2025, in Harrison County, in the Northern District of West Virginia, defendant, **JEREMY ROBERT SMITH**, after having previously been convicted of Possession of Child Pornography on June 17, 2019, in the Northern District of West Virginia in case no. 1:18-CR-43, did knowingly possess an image of child pornography, as defined in Title 18, United States Code Section 2256(8), which had been transported in interstate and foreign commerce by computer, and that involved a prepubescent minor who had not attained 12 years of age; in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## **FORFEITURE ALLEGATION**

(Sexual Exploitation of Children)

Pursuant to Title 18, United States Code, Section 2253, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from a violation of Title18, United States Code, Section 2252A, including an Apple iPad Air 2 S/N: DMQNPJQSG5VV, HP Laptop; S/N: 5CD319KLNN, SanDisk Ultra USB 3.0 S/N: BR241158047W, and SanDisk Ultra USB 3.0; S/N: BR2406005948W.

---

MATTHEW L. HARVEY
United States Attorney

Kimberley D. Crockett
Assistant United States Attorney

Morgan McKee
Assistant United States Attorney